UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WASHINGTON STATE PLUMBING & PIPEFITTING INDUSTRY PENSION FUND, AND THE WESTERN WASHINGTON U.A. SUPPLEMENTAL PENSION PLAN (hereafter referred to as the "Trust Funds"),<br><br>            Plaintiffs,<br><br>   v.<br><br>PACIFIC MECHANICAL, INC., a Washington corporation, UBI No. 600289111, (hereafter referred to as the "employer"),<br><br>            Defendant | Case No. 09-cv-05044 FDB<br><br>**DEFAULT JUDGMENT** |

## **JUDGMENT SUMMARY**

Judgment Creditors:     Western Washington U.A. Supplemental Pension Plan, Washington State Plumbing and Pipefitting Industry Pension Plan ("the Trusts").

Judgment Debtors:      Pacific Mechanical, Inc.

DEFAULT JUDGMENT - 1

3500 030 kh200604

McKENZIE ROTHWELL BARLOW, & KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

| | |
|---|---|
| Principal Judgment Amount: | $ 15,080.85 |
| Liquidated Damages: | $ 12,147.16 |
| Interest: | $ 1,607.07 |
| Attorney Fees: | $ 2,000.00 |
| Filing/Service Fees: | $ 473.50 |
| TOTAL: | $31,308.58 |

Principal judgment amount shall bear interest at 12% per annum.

Attorney fees, costs and other recovery amounts shall bear interest at 12% per annum.

Attorney for Judgment Creditors: Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
& KORPI, P.S.

Attorney for Judgment Debtors: None.

This is an action for breach of collective bargaining agreement. Pursuant to the motion of the plaintiffs, the Court having considered the declarations and documents on file finds as follows:

1. The Court having considered the declarations of Noelle E. Dwarzski, attorney for the plaintiff Trusts and Jeri Trice, Trust representative for the Washington State Plumbing and Pipefitting Pension Fund and the Western Washington U.A. Supplemental Pension Fund, concludes that said declarations are accurate.

2. The Court concludes that an Order of Default was entered on August 12, 2009, adjudging the defendant, Pacific Mechanical, Inc. to be in default.

3. The Court finds that Pacific Mechanical owes $15,080.85 in contributions, and $12,147.16 in liquidated damages, and $1,607.07 in interest, and $2,000 in contractual attorney fees are due for the delinquent period of November 2007 through July 2009.

DEFAULT JUDGMENT - 2

3500 030 kh200604

McKENZIE ROTHWELL BARLOW, & KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

4. The Court finds that $473.50 in costs was incurred in this action and is recoverable under the agreement. This includes the $350 filing fee and $123.50 in service, postage, and other fees.

5. The Court hereby finds the plaintiffs are entitled to default judgment against defendant, Pacific Mechanical, Inc., the following amounts:

| | |
|---|---|
| Principal Judgment Amount: | $ 15,080.85 |
| Liquidated Damages: | $ 12,147.16 |
| Interest: | $ 1,607.07 |
| Attorney Fees: | $ 2,000.00 |
| Filing/Service Fees: | $ 473.50 |
| TOTAL: | $31,308.58 |

6. The Court finds that the plaintiffs are entitled to default judgment against the defendant, Pacific Mechanical, Inc., in the amount of $31,308.58.

## **JUDGMENT**

7. It is ORDERED, ADJUDGED and DECREED that default judgment be entered against, Pacific Mechanical, Inc. consistent with the Findings of Fact and Conclusions of Law.

DONE this 9th day of September, 2009

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by

_____
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & KORPI, P.S.
Attorneys for Plaintiffs

DEFAULT JUDGMENT - 3

3500 030 kh200604

McKENZIE ROTHWELL BARLOW, & KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900